IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| George Hucks, Sr., | ) | C.A. No. 4:04-23336-25BI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Allstate Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bruce H. Hendricks, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Hendricks recommends that the defendant's motion to dismiss be denied, and plaintiff should be directed to serve the Director of the Department of Insurance with the summons and complaint. No objections have been filed.

  This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

  A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that

1

2

the Magistrate Judge's Report is **ACCEPTED** (Doc. # 14), defendant's motion to dismiss is hereby **DENIED** (Doc. # 4), and plaintiff is directed to serve the Director of the Department of Insurance with the summons and complaint.

    **IT IS SO ORDERED.**

                                                         s/ Terry L. Wooten
                                                    **TERRY L. WOOTEN**
                                                    **UNITED STATES DISTRICT JUDGE**

April 28, 2005
Florence, South Carolina